Martin J. Kravitz, Esq.
Nevada Bar No. 83
Jordan P. Schnitzer, Esq.
Nevada Bar No. 10744
Kravitz, Schnitzer, Sloane
& Johnson, Chtd.
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
Telephone: (702) 222-4145
Facsimile: (702) 362-2203
Email: jschnitzer@kssattorneys.com

and

Kenneth J. Vanko (Admitted *Pro Hac Vice*)
Illinois Bar No. 6244048
Clingen Callow & McLean, LLC
2100 Manchester Road, Ste. 1750
Wheaton, IL 60187
Telephone: (630) 871-2600
Facsimile: (630) 871-9869
Email: vanko@ccmlawyer.com

*Attorneys for Plaintiff, Lawson Products, Inc.*

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAWSON PRODUCTS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:12-cv-01303-JCM-CWH |
| | ) | |
| vs. | ) | **JOINT MOTION TO ENTER** |
| | ) | **AGREED PERMANENT** |
| SAMUEL E. FRUSTACI, | ) | **INJUNCTION ORDER** |
| | ) | |
| Defendant. | ) | |

The Plaintiff, Lawson Products, Inc., and Defendant, Samuel E. Frustaci,

have settled this litigation. The Confidential Settlement Agreement reached

between the parties requires entry of an Agreed Permanent Injunction Order.

Accordingly, the parties jointly request that the Court approve and enter the

{00153725.DOCX /v. 1 }

KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.
8985 SO. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89123
TEL.—(702) 362-2203 FAX.—(702) 362-2203

1
2      Agreed Permanent Injunction Order, which is attached to this motion as
3      *Exhibit A.*
4      Dated:  February 25, 2013
5      Respectfully submitted,
6
7      By: _____          By: _____
            Kenneth J. Vanko                    Michael R. Hall
8           Clingen Callow & McLean, LLC        Hall, Jaffe & Clayton, LLP
            2100 Manchester Road, Ste. 1750     7425 Peak Drive
9           Wheaton, Illinois  60187            Las Vegas, Nevada 89128
            vanko@ccmlawyer.com                 MHall@lawhjc.com
10          *Attorney for Lawson Products, Inc.*   *Attorney for Samuel E. Frustaci*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{00153725.DOCX /v. 1 }

KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.
8985 SO. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89123
TEL.—(702) 362.2203; FAX—(702) 362.2203

1
2
3
4
5
6
7
8

Martin J. Kravitz, Esq.
Nevada Bar No. 83
Jordan P. Schnitzer, Esq.
Nevada Bar No. 10744
Kravitz, Schnitzer, Sloane
& Johnson, Chtd.
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
Telephone: (702) 222-4145
Facsimile: (702) 362-2203
Email: jschnitzer@kssattorneys.com

9

and

10
11
12
13
14
15

Kenneth J. Vanko (Admitted *Pro Hac Vice*)
Illinois Bar No. 6244048
Clingen Callow & McLean, LLC
2100 Manchester Road, Ste. 1750
Wheaton, IL 60187
Telephone: (630) 871-2600
Facsimile: (630) 871-9869
Email: vanko@ccmlawyer.com

16
17

*Attorneys for Plaintiff, Lawson Products, Inc.*

18

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

19
20
21
22
23
24
25

| | | |
|---|---|---|
| LAWSON PRODUCTS, INC. | ) | |
| Plaintiff, | ) | No. 2:12-cv-01303-JCM-CWH |
| vs. | ) | **AGREED PERMANENT INJUNCTION ORDER** |
| SAMUEL E. FRUSTACI, | ) | |
| Defendant. | ) | |

26
27
28

Plaintiff Lawson Products, Inc. ("Lawson") filed its Verified Complaint

seeking injunctive relief on July 24, 2012. The parties to this matter, Lawson

KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.
8985 SO. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89123
TEL.—(702) 362.2203; FAX—(702) 362.2203

{00151908.DOCX /v. 3 }

and Samuel E. Frustaci ("Frustaci"), have reached a Confidential Settlement Agreement and Mutual Release, a term of which requires the entry of an Agreed Permanent Injunction Order. Accordingly, the Court grants the parties' Joint Motion for Entry of Agreed Permanent Injunction Order as follows:

Defendant, Samuel E. Frustaci, and any person in active concert or participation with him who receives notice of this Order, is hereby restrained from:

a. directly or indirectly interfering with Lawson's business relationship with any employee of Lawson by soliciting or communicating with them or entering into an agreement with them for the purpose of inducing, causing, or encouraging them to (i) terminate their business relationship with Lawson and enter into activities competitive with those of Lawson, or (ii) breach any agreements they may have with Lawson. This restriction shall last through July 15, 2013.

b. helping another person or entity evaluate a Lawson employee as a candidate or otherwise helping any person or entity hire an agent or employee away from Lawson. This restriction shall last through July 15, 2013.

KRAVITZ, SCHENTZER, SLOANE & JOHNSON, CHTD.
8985 So. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89123
TEL. – (702) 362.2203: FAX – (702) 362.2203

{00151908.DOCX /v. 3 }

**IT IS FURTHER ORDERED,**

    1.      This order shall be binding upon the parties to this action, and their officers, agents, services, employees, and attorneys.

    2.      This order shall remain in full force and effect through 11:59 p.m., July 15, 2013, and shall terminate automatically at that time, unless Lawson has filed, and the Court has granted, a Petition to Extend the Order based upon violation of the Order by Frustaci.

**DATED** February 28, 2013.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF NEVADA

KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.
8985 SO. EASTERN AVENUE, SUITE 200
LAS VEGAS, NEVADA 89123
TEL. – (702) 362.2203; FAX – (702) 362.2203