Martin J. Kravitz, Esq.
Nevada Bar No. 83
Jordan P. Schnitzer, Esq.
Nevada Bar No. 10744
Kravitz, Schnitzer, Sloane
& Johnson, Chtd.
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
Telephone: (702) 222-4145
Facsimile: (702) 362-2203
Email: jschnitzer@kssattorneys.com

And

Kenneth J. Vanko (Admitted Pro Hac Vice)
Illinois Bar No. 6244048
Clingen Callow & McLean, LLC
2100 Manchester Road, Ste. 1750
Wheaton, IL 60187
Telephone: (630) 871-2600
Facsimile: (630) 871-9869
Email: vanko@ccmlawyer.com
*Attorneys for Plaintiff, Lawson Products, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAWSON PRODUCTS, INC, <br><br> Plaintiff, <br><br> vs. <br><br> SAMUEL E. FRUSTACI, <br><br> Defendant. | CASE NO. 2:12-cv-01303-JCM-CWH |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the Plaintiff, LAWSON PRODUCTS, INC., and Defendant, SAMUEL E. FRUSTACI, parties hereto, by and through their respective counsel, that this action be dismissed with prejudice, with each party to bear their own costs and

///

attorney's fees.

DATED this 25 day of February, 2013.        DATED this 25 day of February, 2013.

CLINGEN CALLOW & McLEAN, LLC                 HALL, JAFFE & CLAYTON, LLP

By: _____                  By: _____
KENNETH J. VANKO, ESQ.                       MICHAEL R. HALL, ESQ.
Illinois Bar No. 6244048                     Nevada Bar No. 005978
2100 Manchester Road, Suite 1750             DAVID T. GLUTH, ESQ.
Wheaton, Illinois 60187                      Nevada Bar No. 010596
*Attorney for Plaintiff Lawson*              7425 Peak Drive
*Products, Inc.*                             Las Vegas, Nevada 89128
                                             *Attorney for Defendant*
                                             *Samuel E. Frustaci*

### ORDER

Upon stipulation of the parties, by and through their respective counsel of record, it is hereby, ORDERED, ADJUDGED AND DECREED this action is hereby dismissed, with prejudice, with each party to bear their own costs and attorney's fees.

IT IS SO ORDERED March 1, 2013.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

CLINGEN CALLOW & McLEAN, LLC

By: _____
KENNETH J. VANKO, ESQ.
Illinois Bar No. 6244048
2100 Manchester Road, Suite 1750
Wheaton, Illinois 60187
*Attorney for Plaintiff Lawson Products, Inc.*
Samuel E. Frustaci